UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Susan Garbarino, Ind. and on behalf of all others similarly situated

Vs.

Nahon, Saharovich & Trotz, PLC

Case No. 4:23-CV-01326-JMB

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's office

### Option 1

( ) The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

(✓) An ADR conference was held on: March 18, 2024.

All required individuals, parties, counsel of record, corporate representatives, and/or claim professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority:

The following individuals, parties, counsel of record, corporate representatives, and/or claim professionals failed to appear and/or participate in good faith as ordered:
_____

The ADR referral was concluded on March 18, 2024.
The parties [( ) did (✓) did not] achieve a settlement. Check one.

### Option 3

( ) Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 3/18/24    Neutral: [signature]