UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Susan Garbarino<br>Plaintiff<br><br>v.<br><br>Nahon, Saharovich & Trotz, PLC<br>Defendant | )<br>)<br>)<br>)<br>) Case No. 4:23-CV-1326-JMB<br>)<br>)<br>)<br>)<br>) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:
_____

**Option 1**

❑ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**
_____

**Option 2**

X  An ADR conference was held on: July 23, 2024.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: N/A
_____.
The ADR referral was concluded on July 23, 2024. The parties [X  did  ❑  did not] achieve a settlement. ***Check One***
_____

**Option 3**

❑ Although this case was referred to ADR, a conference WAS NOT HELD.
_____

8/1/2024                         *David E Jones* (DocuSigned)
Date_____   Neutral_____8E13FC2D6AFB444..._____