IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SUSAN GARBARINO, individually, and on behalf of all others similarly situated,<br><br>       PLAINTIFF,<br><br>v.<br><br>NAHON, SAHAROVICH & TROTZ, PLC,<br><br>       DEFENDANT. | Civil Action No. 4:23-cv-01326-JMB |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Susan Garbarino and Defendant Nahon, Saharovich & Trotz, PLC participated in a mediation before the Hon. David E. Jones, ret. on July 23, 2024. The parties reached an agreement in principle as to a class-wide settlement and intend to file a motion for preliminary approval of that class action settlement within 90 days of the filing of this Joint Notice.

/s/ Laura Van Note (with permission)
Laura Van Note (C.A. S.B. #310160)
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Fax: (510) 891-7030
Email: lvn@colevannote.com

*Attorney for Plaintiff Susan Garbarino*

/s/ *Steven H. Schwartz*
Chadwick A. McTighe KY #90450
(pro hac vice)
cmctighe@stites.com
Stites & Harbison PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Fax: (502) 587-6391


Steven H. Schwartz #36436MO
sschwartz@bjpc.com
Rebecca S. Verble #51226MO
rverble@bjpc.com
Brown & James, P.C.
800 Market Street, 11th Floor
St. Louis, MO 63101-2501
Telephone: (314) 421-3400
Fax: (314) 421-3128

*Counsel for Defendant,*
*Nahon, Saharovich & Trotz, PLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on **August 2, 2024** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties of record.

                                                 /s/ *Steven H. Schwartz*
                                                 Attorney for Defendant,
                                                 Nahon, Saharovich & Trotz, PLC

SHS:RSV:maf:30732591.1