**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SUSAN GARBARINO, individually and on, behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAHON, SAHAROWICH, & TROTZ, PLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | **Case No. 4:23-cv-01326-JMB**<br><br>**CLASS ACTION** |

**PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARD**

Pursuant to Federal Rules of Civil Procedure Rule 23(h) and 54(d)(2), as well as this Court's January 28, 2025 Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 31), Plaintiff, through Class Counsel, respectfully brings this Motion to the Court for an order awarding Attorneys' Fees and Costs and a Service Award to Plaintiff Susan Garbarino. This Motion is supported by the accompanying Suggestions in Support and the Declarations of Laura Van Note and Susan Garbarino, Plaintiff's forthcoming Unopposed Motion for Final Approval of Class Action Settlement and attached exhibits, and all files, records and proceedings in this matter. Plaintiff will file a proposed Order regarding the requested relief in this Motion as part of the forthcoming filing in Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement.

Dated: April 11, 2025

Respectfully Submitted,

By: *<u>/s/ Laura Van Note</u>*

Laura Van Note, Esq.,
(E.D. M.O. Bar No. 310160CA)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/Laura Grace Van Note*
Laura Grace Van Note, Esq.