UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN GARBARINO, *individually, and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NAHON, SAHAROVICH, & TROTZ, PLC,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 4:23-cv-01326-JMB<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to the Memorandum and Order entered on this date, this matter is **DISMISSED with prejudice**.

　　　　　　　　　　　　　　　　　　　*/s/ John M. Bodenhausen*
　　　　　　　　　　　　　　　　　　　JOHN M. BODENHAUSEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of October, 2025